UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYLEY CORPORAN,

                  Plaintiff,

– against –

THE CITY OF NEW YORK, And P.O.s JOHN and JANE DOE #1-10, individually and in their official capacities

                  Defendants.

**ORDER**

22 Civ. 0502 (ER)

Ramos, D.J.:

    On April 19, 2022, the Court filed an order for the plaintiff to submit a status report by no later than May 2, 2022, or else risk dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).  Doc. 7.  On April 20, 2022, the plaintiff's counsel advised the Court via phone that because this case is governed by the Southern District of New York's Local Civil Rule 83.10 (formerly the Section 1983 Plan), the City's answer is not yet due.

    Accordingly, the Court respectfully directs the Clerk of Court to strike document number 7 from the docket.

It is SO ORDERED.

Dated:    April 20, 2022
               New York, New York

                                                                       EDGARDO RAMOS, U.S.D.J.